ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION<br><br>Defendants. | CASE NO. CV 10-5031 AHM (MANx)<br><br>JUDGMENT |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and Defendant, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION, and good cause appearing therefor:

///

-1-

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA; (hereinafter collectively "TRUST FUNDS"), and against Defendant, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION ("PEREZ") for the principal sum of $29,904.77 and attorney's fees of $4,000.00 for a total Judgment sum of $33,904.77.

2. The money Judgment entered is for known delinquencies incurred during the period from September 2008 through September 2010. However, the audits of PEREZ'S records for the period from September 2008 through May 13, 2010 was only a partial audit by the TRUST FUNDS; therefore, as to the Judgment period from September 2008 through September 2010, entry of the money Judgment in this action shall not operate as a bar and/or <u>res judicata</u> as to either the amount of delinquencies which may be discovered by any subsequent audit conducted by

///
///
///

LA10CV05031AHM-J.wpd

Plaintiff and/or the TRUST FUNDS' representatives and/or which may be disclosed through claims by employees in any action brought by the TRUST FUNDS to recover the subsequently disclosed delinquencies.

DATED: November 24, 2010

_____
A. HOWARD MATZ, JUDGE OF THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

LA10CV05031AHM-J.wpd

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California 90010-2421.

On **November 24, 2010**, I served the foregoing document described as **[PROPOSED] JUDGMENT,** on the interested parties by way of United States first class mail by placing

☐ the original        ☒ a true copy thereof

enclosed in a sealed envelope addressed as follows:

**Sabas Perez Aguilar**
**PERSA CONSTRUCTION**

**Agoura Hills, California 90723**

☐ **BY FACSIMILE TRANSMISSION**. I caused _ the original or _ a true and correct copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY MAIL**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY EMAIL**. I caused a true and correct copy of the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

Executed on **November 24 , 2010**, at Los Angeles, California.

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

_____/s/_____
VIRGINIA ALVAREZ