UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION,<br><br>　　　　　　　　Defendant. | CASE NO.: CV 10-5031 AHM (MANx)<br><br>**RENEWAL OF JUDGMENT** |

　　Judgment Debtor, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on November 24, 2010.

　　NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST

FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

The money Judgment against DEBTOR is renewed in the amount of $6,965.26 as follows:

a. Total Judgment……………………………………….$33,904.77
b. Costs after Judgment……………………………….$     0.00
c. Less Credits after Judgment………………….………$27,068.34
d. Interest after Judgment computed from November 24, 2010 to February 1, 2016 at 0.27% accruing at $0.05 per day……………………........$   128.83
e. Total Renewed Judgment…………………..……......$ 6,965.26

DATED: 2/9/2016         /s/ J. Remigio
                        DEPUTY CLERK