1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION,<br><br>Defendant. | CASE NO.: CV 10-5031 AHM (MANx)<br><br>**AMENDED RENEWAL OF JUDGMENT**<br><br>[NO HEARING SCHEDULED] |

Judgment Debtor, SABAS PEREZ AGUILAR, an individual also known as PEREZ A. SABAS, SABAS PEREZ and SAVAS PEREZ doing business as PERSA CONSTRUCTION (hereinafter referred to as "DEBTOR"), having had Judgment entered against DEBTOR on November 24, 2010.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR

#299769.1

1

SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that DEBTOR has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

Abstracts of Judgment were recorded in the County of Los Angeles as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| July 13, 2011 | Los Angeles | #20110939346 |
| December 14, 2015 | Los Angeles | #20151569019 |

The money Judgment against DEBTOR is renewed in the amount of $6,965.26 as follows:

a.  Total Judgment……………………….………….$33,904.77

b.  Costs after Judgment……………………………….$     0.00

c.  Less Credits after Judgment……………….……..$27,068.34

d.  Interest after Judgment computed from November 24, 2010 to February 1, 2016 at 0.27% accruing at $0.05 per day…………………….........$   128.83

e.  Total Renewed Judgment……………….……....$ 6,965.26

DATED: March 17, 2016          s/ J. Remigio
                                Deputy Clerk

#299769.1

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

    On **March 17, 2016**, I served the foregoing document described as **[PROPOSED] AMENDED RENEWAL OF JUDGMENT** on the interested parties in this action by first class United States mail and by placing

☐ the original     [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Sabas Perez Aguilar**
**PERSA CONSTRUCTION**

**Agoura Hills, CA**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at __:__ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **March 17, 2016**, at Los Angeles, California.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                               /s/Virginia Alvarez
                                                Virginia Alvarez